HAROLD A. BLAKE, Respondent, v. SUN PRINTING A PUBLISHING ASSOCIATION, Appellant.— Interlocutory judgment affirm with costs, with leave to the defendant to plead over within twenty daypon payment of the costs of the demurrer and of this appeal. All concul.

GARFIELD REAL ESTATE COMPANY, Appellant, v. IDA FINENE, Respondent.— Judgment and order affirmed, with costs. All concul.

E. W. EDWARDS & SON, Respondent, v. PACIFIC COAST (UALTY COMPANY, Appellant.— Judgment affirmed, with costs. All corred.

In the Matter of the Estate of JACOB ALLMANN, Deced. JOSEPH EISENHAUER, as Executor, etc., Appellant; JOSEPH ALLMAIand Others, Respondents.— Decree so far as appealed from affirmed, ι costs. All concurred, except Foote, J., and De Angelis, J., who dissei.

GIUSEPPE QUARATIELLI and Another, Respondents, v. AIONY SILEO, Appellant.— Judgment and orders reversed, with costs, ε complaint dismissed, with costs. Held, that inasmuch as the title tae disputed land passed to the defendant's predecessors by a continuous,en, adverse possession for upwards of twenty years, the plaintiff cannotaintain the action. (*Baker* v. *Oakwood*, 123 N. Y. 16; *Barnes* v. *Light*, 116 34; *Knapp* v. *City of New York*, 140 App. Div. 289.) All concurred.

ELMER P. LAKE, Respondent, v. HARRISVILLE ELECTRILIGHT AND POWER COMPANY, Appellant.— Judgment affirmed, with co| All concurred; Hubbs, J., not sitting.

NELLIE I. McBURNEY, as Administratrix, etc., of WALTER A cBURNEY, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILRO|COMPANY, Appellant.— Judgment and order affirmed, with costs. All ncurred.

ABRAHAM RYNVELD and Another, Respondents, v. FREDERICK EBELING, Appellant.— Judgment modified by deducting therefrom the suof twenty-three dollars and eighty-six cents, and, as so modified, affird, without costs of this appeal to either party. All concurred.

GREAT EASTERN CASUALTY COMPANY, Appellant, v. GEORGE. TAYLQR, as President of the AMERICAN EXPRESS COMPANY, a Joint Stocksociation, and HARRY SCHWIND, Respondents.— Judgment of County Crt reversed and judgment of Municipal Court affirmed, with costs in the (nty Court and in this court to the plaintiff. Held, that, under the doche of *Sweet* v. *Perkins* (196 N. Y. 484) and kindred cases, the evidence iufficient to warrant a finding that the negligence of the driver of the eess wagon was an efficient proximate cause of the breaking of the vdow. All concurred.

ARNOLD POCHER, Appellant, v. MEYER ASHENBERG and Anot|, Respondents, Impleaded with Others.— Judgment and order affirmecwith costs. All concurred.

THE CAREY COMPANY, INC., Respondent, v. WILLIAM F. FEON, Appellant.— Judgment affirmed, with costs. All concurred.

HARRIS SPEVAK, Respondent, v. EDWARD McMAHON, ppellant.— Judgment and order affirmed, with costs. All concurred; Hbs, J., not sitting.

JOHN A. DONOVAN, as Administrator, etc., of WARREN ] DONOVAN,

Deceased, Respondent, v. The New York Central Railroad Company, Appellant.— Judgment and order denying motion for new trial upon the minutes of the court affirmed, with costs. All concurred.

John A. Donovan, as Administrator, etc., of Warren F. Donovan, Deceased, Respondent, v. The New York Central Railroad Company, Appellant.— Order denying motion for new trial upon the ground of newly-discovered evidence affirmed, with costs. All concurred.

Herbert Hess Company, Inc., Respondent, v. Dayton S. Hessler, Appellant.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented.

Edward A. Niel, Respondent, v. Edna May Post, Sometimes Known as Edna May Foster, etc., and Sometimes Known as Edna May Niel, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Wallace R. Reid, Respondent, v. Carlton M. Smith, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Newton B. Gorham, Respondent, v. James H. Jackson and Another, Appellants. — Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

Henry P. Burgard Company, Respondent, v. Julius Ullman and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Marie Ball, as Executrix, etc., of John Ball, Deceased, Appellant, v. George B. Brooks, Individually and as Executor, etc., and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Marie Ball, as Executrix, etc., of John Ball, Deceased, Appellant, v. George B. Brooks and Others, Respondents.— Order denying motion for new trial upon the ground of newly-discovered evidence affirmed, with costs. All concurred.

Charles W. Gaylord, as Trustee in Bankruptcy, etc., of Loren E. Bassage, a Bankrupt, Respondent, v. Loren E. Bassage and Another, Appellants.— Judgment affirmed, with costs. All concurred.

Antonio Martone, Appellant, v. Henry L. Conway and Another, Individually and as Executors, etc., Respondents.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs to plaintiff in the County Court and in this court. Held, that the evidence was sufficient to sustain the judgment of the Municipal Court. All concurred, except Kruse, P. J., who dissented.

Frank H. Cadby and Another, Respondents, v. Charles W. Hill and Others, Appellants.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that even assuming that the defendants were guilty of some negligence, we are of the opinion that the proof established that the plaintiffs were themselves guilty of negligence which contributed to the result. All concurred.

Buffalo Savings Bank, Appellant, v. Rosa Eldring and Another, Respondents.— Judgment affirmed, with costs. Held, that in view of the fact that the issue was limited upon the trial, by consent, to the question whether the defendant Rosa Eldring personally signed the bond and mort-